**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ZION BULLITT AVENUE LIMITED PARTNERSHIP,

                Petitioner

      v.

WESTMORELAND COUNTY TAX CLAIM BUREAU,

                Respondent

      v.

MOWEEN TRUST,

                Respondent

RE: TAX MAP NO. 29-01-10-0-156

: No. 45 WAL 2017
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2017, the Application for Leave to Supplement Petition for Allowance of Appeal is **GRANTED** and the Petition for Allowance of Appeal is **DENIED**.